IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Judith Kay McDaniel,** | : | |
| Plaintiff, | : | Civil Action 2:13-cv-01049 |
| v. | : | Judge Smith |
| **Carolyn W. Colvin, Acting Commissioner of Social Security,** | : | Magistrate Judge Abel |
| | : | |
| Defendant. | | |

# ORDER

The parties' May 13, 2014 joint motion for remand (doc. 19) is **GRANTED**. This case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**